RALPH A. FERRO, JR., ESQ.
66 EAST MAIN STREET - 3RD FLOOR
LITTLE FALLS, NJ  07424

Re:   DAVID BENIZERI                         Atty:   RALPH A. FERRO, JR., ESQ.
      1133 HIGH MOUNTAIN ROAD                        66 EAST MAIN STREET - 3RD FLOOR
      NORTH HALEDON,  NJ  07508                       LITTLE FALLS, NJ  07424

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-12579

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $54,454.00**

## RECEIPTS AS OF 01/15/2026          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 04/15/2024 | $350.00 | | 04/29/2024 | $350.00 | |
| 05/15/2024 | $350.00 | | 05/30/2024 | $350.00 | |
| 06/17/2024 | $350.00 | | 07/01/2024 | $350.00 | |
| 07/15/2024 | $350.00 | | 07/29/2024 | $350.00 | |
| 08/15/2024 | $350.00 | | 08/29/2024 | $350.00 | |
| 09/23/2024 | $350.00 | | 09/30/2024 | $350.00 | |
| 10/03/2024 | $297.00 | | 10/16/2024 | $399.50 | |
| 10/29/2024 | $399.50 | | 11/18/2024 | $399.50 | |
| 12/02/2024 | $399.50 | | 12/16/2024 | $399.50 | |
| 12/31/2024 | $435.50 | | 01/15/2025 | $435.50 | |
| 01/29/2025 | $435.50 | | 02/18/2025 | $435.50 | |
| 03/03/2025 | $435.50 | | 03/17/2025 | $435.50 | |
| 03/31/2025 | $435.50 | | 04/15/2025 | $435.50 | |
| 04/29/2025 | $435.50 | | 05/15/2025 | $435.50 | |
| 05/30/2025 | $435.50 | | 06/16/2025 | $435.50 | |
| 06/30/2025 | $435.50 | | 07/15/2025 | $435.50 | |
| 07/29/2025 | $435.50 | | 08/15/2025 | $435.50 | |
| 08/29/2025 | $435.50 | | 09/15/2025 | $435.50 | |
| 09/29/2025 | $435.50 | | 10/16/2025 | $468.00 | |
| 10/29/2025 | $468.00 | | 11/18/2025 | $468.00 | |
| 12/02/2025 | $468.00 | | 12/15/2025 | $468.00 | |
| 12/30/2025 | $468.00 | | 01/15/2026 | $468.00 | |

**Total Receipts:  $18,045.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,045.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| | | | | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BSI FINANCIAL SERVICES | | | | | | | |
| | 07/14/2025 | $22.96 | 947,204 | | 08/18/2025 | $346.40 | 948,642 |
| | 08/18/2025 | $33.16 | 948,642 | | 10/20/2025 | $196.56 | 951,326 |
| | 10/20/2025 | $17.65 | 951,326 | | 11/17/2025 | $122.78 | 952,805 |
| | 11/17/2025 | $11.02 | 952,805 | | 12/15/2025 | $245.56 | 954,208 |
| | 12/15/2025 | $22.05 | 954,208 | | 01/12/2026 | $245.56 | 955,647 |
| | 01/12/2026 | $22.05 | 955,647 | | | | |
| MERCEDES BENZ | | | | | | | |
| | 08/18/2025 | $24.31 | 948,791 | | 08/18/2025 | $36.08 | 948,791 |
| | 10/20/2025 | $19.20 | 951,502 | | 10/20/2025 | $12.94 | 951,502 |
| | 11/17/2025 | $11.99 | 952,968 | | 11/17/2025 | $8.08 | 952,968 |
| | 12/15/2025 | $23.99 | 954,374 | | 12/15/2025 | $16.16 | 954,374 |
| | 01/12/2026 | $23.99 | 955,805 | | 01/12/2026 | $16.16 | 955,805 |
| US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | | | | | | |
| | 07/14/2025 | $53.48 | 947,304 | | 08/18/2025 | $807.02 | 948,725 |
| | 10/20/2025 | $457.95 | 951,422 | | 11/17/2025 | $286.04 | 952,895 |
| | 12/04/2025 | ($807.02) | 948,725 | | 12/15/2025 | $1,379.11 | 954,296 |
| | 01/12/2026 | $572.09 | 955,733 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,049.69 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 12,328.07 | 100.00% | 12,328.07 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 567 VANDERBILT AVE LLC | UNSECURED | 168,548.44 | * | 0.00 | |
| 0004 | AUTO-CHLOR SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | BSI FINANCIAL SERVICES | (NEW) Prepetition A | 8,342.04 | 100.00% | 1,179.82 | |
| 0006 | BYZFUNDER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,324.96 | * | 0.00 | |
| 0008 | CHEF'S WAREHOUSE | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 4,717.85 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 4,983.78 | * | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 782.42 | * | 0.00 | |
| 0015 | EZ PASS NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | EZ PASS NY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | VELOCITY INVESTMENTS LLC | UNSECURED | 17,023.59 | * | 0.00 | |
| 0019 | UNITED STATES TREASURY/IRS | PRIORITY | 4,857.36 | 100.00% | 0.00 | |
| 0020 | JPMORGAN CHASE BANK NA | UNSECURED | 2,786.55 | * | 0.00 | |
| 0023 | CITIBANK NA | UNSECURED | 1,527.93 | * | 0.00 | |
| 0024 | MERCEDES BENZ | VEHICLE SECURE | 814.95 | 100.00% | 115.25 | |
| 0025 | NEW YORK STATE DEPARTMENT OF TAX | UNSECURED | 33.73 | * | 0.00 | |
| 0026 | NYS ASSESSMENT RECEIVABLES | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PSEG | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SBA | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | ST. JOSEPH'S REGIONAL MED CTR | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | STATE OF NJ | PRIORITY | 1,455.00 | 100.00% | 0.00 | |
| 0031 | SYNCHRONY BANK | UNSECURED | 2,058.65 | * | 0.00 | |
| 0033 | THE BENNINGTON, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | VOLVO CAR FINANCIAL SERVICES, LLC | UNSECURED | 3,285.86 | * | 0.00 | |
| 0036 | WSFS UNICORN | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 2,861.31 | * | 0.00 | |
| 0039 | SYNCHRONY BANK | UNSECURED | 5,238.77 | * | 0.00 | |
| 0041 | UNITED STATES TREASURY/IRS | UNSECURED | 30,623.84 | * | 0.00 | |
| 0042 | SYNCHRONY BANK | UNSECURED | 1,386.75 | * | 0.00 | |
| 0043 | US DEPARTMENT OF HOUSING AND URB | (NEW) Paid in Full | 19,434.90 | 100.00% | 2,748.67 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0044 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 377.55 | 100.00% | 0.00 | |
| 0045 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 95.35 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,096.70 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,871.95 | * | 0.00 | |
| 0048 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 14.46 | * | 0.00 | |
| 0049 | BSI FINANCIAL SERVICES | (NEW) MTG Agree | 749.00 | 100.00% | 105.93 | |
| 0050 | MERCEDES BENZ | (NEW) Auto Agree | 549.00 | 100.00% | 77.65 | |

**Total Paid: $17,605.08**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $18,045.00   -   Paid to Claims: $4,227.32   -   Admin Costs Paid: $13,377.76 = Funds on Hand: $439.92

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.